UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROBERT WHITE, | Case No. 3:25-cv-00089-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.*, | |
| Respondents. | |

On February 20, 2025, the Court entered an order to show cause, instructing pro se Petitioner Robert White to show cause why his petition for writ of habeas corpus under 28 U.S.C. § 2254 should not be dismissed with prejudice as untimely. (ECF No. 4.) This Order was returned as undeliverable. (ECF No. 5.) Upon inspection, it appears that White's address was incorrectly entered on the docket. As such, the Court kindly directs the Clerk of the Court to update White's address and resend the Court's Order.

It is therefore ordered that the Clerk of the Court kindly (1) update White's address as follows: 2000 Vassar Street, P.O. Box 7058, Reno, NV 89510; and (2) resend White copies of ECF Nos. 3 and 4.

DATED THIS 28th Day of February 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE